*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs, on opinion of INGRAHAM, J., in Appellate Division on previous appeal (111 App. Div. 160).

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

GEORGE H. SMITH, as Assignee for Creditors of AVON SPRINGS SANITARIUM COMPANY, Respondent, *v.* J. FRANCIS KELLOGG, Appellant.

*Avon Springs Sanitarium Co.* v. *Kellogg,* 125 App. Div. 51, affirmed.
(Argued January 18, 1909; decided February 9, 1909.)

APPEAL from a judgment entered March 16, 1908, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff upon the verdict, in an action to recover upon a check, given in payment for certain shares of stock, payment of which had been stopped.

*Edwin A. Nash* and *William Carter* for appellant.

*William De Graff* and *James G. Greene* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

GEORGE C. RANKIN, as Receiver of the ELMIRA NATIONAL BANK, Respondent, *v.* JOHN J. BUSH et al., Appellants.

*Rankin* v. *Bush,* 123 App. Div. 924, affirmed.
(Argued January 18, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 29, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a cashier's bond.

*Judson A. Gibson* and *Friend H. Miller* for appellants.

*Edward B. Whitney, Edward S. Frith* and *Winston H. Hagen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ.   Dissenting: GRAY and HAIGHT, JJ.

---

JOHN S. DAVENPORT, as Receiver of the BANK OF STATEN ISLAND, Appellant, *v.* NATIONAL BANK OF COMMERCE IN NEW YORK, Respondent.

*Davenport v. National Bank of Commerce,* 127 App. Div. 391, affirmed. (Argued January 18, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1908, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover the proceds of certain securities, assets of the Bank of Staten Island, which had been pledged with the defendant to secure it against loss in making clearings for said bank.

*John S. Davenport* for appellant.

*John Quinn* for respondent.

Judgment affirmed, with costs, on authority of *O'Brien v. Grant* (146 N. Y. 163); no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.   Not sitting: GRAY, J.